## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gino's Bar, Inc.                          :
                                          :
            v.                            :      No. 110 C.D. 2018
                                          :
Pennsylvania Liquor                       :
Control Board,                            :
                    Appellant             :

# **O R D E R**

NOW, January 8, 2019, having considered appellant's application for

reargument and appellee's answer in response thereto, the application is denied.

                                  _____
                                  MARY HANNAH LEAVITT,
                                  President Judge